IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KELVIN LAMONTE CHAPMAN,

    Petitioner,        No.  CIV S-10-2292 JAM CMK (TEMP) P

  vs.

RICK HILL,

    Respondent.        <u>ORDER</u>

_____/

        Petitioner has requested an extension of time to file an opposition to the March 18, 2011 motion to dismiss.  Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's request for extension of time (Docket No. 22) is granted; and

        2. Petitioner shall file an opposition to the March 18, 2011 motion to dismiss within thirty days from the date of this order.

DATED: April 27, 2011

                                    /s/ Craig M. Kellison
                                  **CRAIG M. KELLISON**
                                  UNITED STATES MAGISTRATE JUDGE

hm
chap2292.111