IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN LAMONTE CHAPMAN,

    Petitioner,             No. CIV S-10-2292 JAM CKD P

    vs.

RICK HILL,

    Respondent.           <u>ORDER</u>

_____/

      Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 18, 2011, respondent filed a motion to dismiss (Dkt. No. 21). On June 7, 2011, petitioner was granted a thirty (30) day extension of time to file opposition, but no opposition has been filed. Good cause appearing, IT IS HEREBY ORDERED that within thirty days petitioner file an opposition to respondent's pending motion to dismiss or a statement of non-opposition. Failure to comply with this order will result in a

////
////
////
////
////

1  recommendation that this action be dismissed under Rule 41(b) of the Federal Rules of Civil
2  Procedure.

3  Dated: September 20, 2011

4  _____
5  CAROLYN K. DELANEY
   UNITED STATES MAGISTRATE JUDGE

6

7  de
8  chap2292.146